UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKEY SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1881** |
| **CHRIS ERNY, et al.** | **SECTION: "G"(4)** |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff Rickey Smith's claims against Defendants Cris Erny, Gary Williams, Jr., and Grayland Wallis are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous, for seeking relief against immune defendants, and for failure to state a claim for which relief can be granted.

**NEW ORLEANS, LOUISIANA,** this __23rd__ day of December, 2020.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT JUDGE**

1